# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA HERNANDEZ, <br><br> Petitioner, <br><br> v. <br><br> MARY LATTIMORE, Warden, <br><br> Respondent. | Case No. CV 09-03166-JST (JEM) <br><br> **J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 10, 2011

                                       JOSEPHINE STATON TUCKER
                                       JOSEPHINE STATON TUCKER
                                       UNITED STATES DISTRICT JUDGE